**Muhammad Abd Saleem EURY, Plaintiff–Appellant,**

v.

**M. SANDSTROM; S. Mullins, Sergeant; D. Carlan; M. Bostic; B. Rife; Sergeant Johnson; M. Vandyke, Sergeant; K. McClanahahn, Sergeant, Defendants–Appellees.**

No. 01–7663.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 9, 2002.

Muhammad Abd Saleem Eury, Appellant Pro Se. Mark Ralph Davis, Office of the Attorney General, Richmond, Virginia, for Appellees.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Muhammad Abd Saleem Eury appeals the magistrate judge's order denying his motion for appointment of counsel. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Dismissed by unpublished PER CURIAM opinion.